1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS E. PEREZ,

          Plaintiff,

    v.

SAYED HASAN ABBAS, et al.,

          Defendants.

Case No.  5:14-cv-03983-EJD

**ORDER TO SHOW CAUSE**

      On March 3, 2015, the court issued an order referring this action to Magistrate Judge Nathanael Cousins for a settlement conference "to occur within 90 days of the filing of the Findings of Fact and Conclusions of Law in related case No. 5:13-cv-04208-EJD."  See Docket Item No. 24.  The Findings of Fact and Conclusions of Law was thereafter filed in case No. 5:13-cv-04208-EJD on May 13, 2015.  Accordingly, the deadline to participate in a settlement conference with Judge Cousins was August 11, 2015.  To date, however, it does not appear the parties have complied with the court's order.

      Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **August 27, 2015, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action for failure to prosecute, on the parties, or any of them, for willful disobedience of a court order.

      The parties may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **August 20, 2015**.  In doing so, however, they must (1) explain their failure to comply with the original deadline to complete the settlement conference, and (2)

1

Case No.: 5:14-cv-03983-EJD
ORDER TO SHOW CAUSE

must schedule a settlement conference with Judge Cousins to occur within the next 60 days and must notify this court of the date and time of the conference.

   **IT IS SO ORDERED.**

Dated:  August 14, 2015



EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:14-cv-03983-EJD
ORDER TO SHOW CAUSE

2