UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAYED HASAN ABBAS, et al.,<br><br>　　　　　Defendants. | Case No.  5:14-cv-03983-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On August 14, 2015, the court issued an order requiring the parties to show cause why sanctions should not be imposed after they failed to participate in a settlement conference by the deadline imposed by the Case Management Order.  See Docket Item No. 25.  On August 20, 2015, the parties filed a return which satisfactorily explains their failure to comply with the settlement conference deadline.  Sanctions are therefore unwarranted.

Accordingly, the order to show cause is DISCHARGED.  The hearing scheduled for August 27, 2015, is VACATED.

**IT IS SO ORDERED.**

Dated: August 21, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Judge